FILED

MAR 1 4 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL G. VALENCIA,<br><br>    Plaintiff,<br><br>v.<br><br>WINFRED KOKOR,<br><br>    Defendant. | Case No. 1:13-cv-01391 DLB PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO REFUND $10.00 PAYMENT TOWARDS FILING FEE TO CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY |

Plaintiff Daniel G. Valencia ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 30, 2013.[1]

On September 3, 2013, the Court granted Plaintiff's application to proceed in forma pauperis. To date, $10.00 has been collected from Plaintiff's trust account and applied to the $350.00 filing fee.

The California Substance Abuse Treatment Facility, where Plaintiff is confined, has contacted the Court and requested a refund of the $10.00. It appears that Plaintiff <u>does not</u> have sufficient funds in his prison trust account to cover the $10.00 payment.

---

[1] On September 12, 2013, Plaintiff consented to the jurisdiction of the United States Magistrate Judge.

1

1  Accordingly, the Clerk of the Court is ORDERED to refund the $10.00 payment made on
2  behalf of Plaintiff.  The refund shall be made payable to the California Substance Abuse Treatment
3  Facility.  <u>Future payments towards the filing fee shall continue as outlined in the Court's September
4  3, 2013, order.</u>

6  IT IS SO ORDERED.

8  Dated: **March 14, 2014**

UNITED STATES MAGISTRATE JUDGE