# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL G. VALENCIA,<br><br>   Plaintiff,<br><br>   v.<br><br>WINFRED KOKOR,<br><br>   Defendant. | Case No. 1:13-cv-01391-LJO-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S REQUEST FOR INJUNCTIVE RELIEF<br><br>(Document 42) |

Plaintiff Daniel G. Valencia ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 30, 2013. On February 2, 2015, Plaintiff filed a motion seeking the Court's intervention in his work assignment and medical care. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 11, 2015, the Magistrate Judge issued Findings and Recommendations that the motion be denied. The Findings and Recommendations were served on Plaintiff and contained notice that any objections must be filed within thirty days. Plaintiff has not filed objections.

///
///
///
///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 11, 2015, are adopted in full; and

2. Plaintiff's motion for injunctive relief (Document 37-2) is DENIED.

IT IS SO ORDERED.

Dated:   **March 23, 2015**                    /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE