# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL G. VALENCIA,<br><br>      Plaintiff,<br><br>  v.<br><br>WINFRED KOKOR,<br><br>      Defendant. | Case No. 1:13-cv-01391-LJO-DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER<br><br>TWENTY-ONE DAY DEADLINE |

      Plaintiff Daniel G. Valencia ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 30, 2013. He filed a supplemental complaint on May 24, 2014.

      On October 28, 2014, Defendant filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). The Court granted the motion on April 20, 2015, and ordered Plaintiff to file an amended complaint within thirty (30) days of the date of service of the order.

      On May 18, 2015, Plaintiff filed a request for a sixty (60) day extension of time. The Court granted the extension on May 20, 2015. The Court also explained further extensions would only be granted for exceptional circumstances. Over sixty (60) days have passed and Plaintiff has not filed an amended complaint or otherwise contacted the Court.

///

///

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to follow the Court's order.  Plaintiff must file a response to this order within twenty-one (21) days of the date of service.  Plaintiff may also respond to this order to show cause by filing an amended complaint pursuant to the Court's April 20, 2015, order.

<u>Failure to file a response, or an amended complaint, will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:   **July 31, 2015**                           /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE

2