# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL G. VALENCIA, | Case No. 1:13-cv-01391-LJO-DLB PC |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE<br>(Document 50) |
| v. | |
| WINFRED KOKOR, | ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| Defendant. | |
| | ORDER DIRECTING CLERK TO SEND PLAINTIFF COPIES OF DOCUMENTS 1, 19 AND 43 |

Plaintiff Daniel G. Valencia ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 30, 2013. He filed a supplemental complaint on May 24, 2014.

On October 28, 2014, Defendant filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). The Court granted the motion on April 20, 2015, and ordered Plaintiff to file an amended complaint within thirty (30) days of the date of service of the order.

On May 18, 2015, Plaintiff filed a request for a sixty (60) day extension of time. The Court granted the extension on May 20, 2015. The Court also explained further extensions would only be granted for exceptional circumstances.

1

On July 31, 2015, after Plaintiff failed to file an amended complaint within the required time frame, the Court issued an order to show cause why the action should not be dismissed for failure to follow the Court's order.

On August 17, 2015, Plaintiff filed his response. He explains that he was taken to the Los Angeles County Jail and housed there for most of the time during which he was supposed to file his amended complaint. Plaintiff also states that when he returned, his legal paperwork was gone. Plaintiff requests a copy of certain documents and an extension of time.

The order to show cause is DISCHARGED. Plaintiff is granted a thirty (30) day extension of time within which to file his amended complaint pursuant to the Court's April 20, 2015, order.[1] <u>No further extensions will be given absent exceptional circumstances</u>.

The Clerk of Court is ORDERED to send Plaintiff copies of Documents 1, 19 and 43.

<u>Failure to file an amended complaint may result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:   **August 19, 2015**                    /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff requests a sixty (60) day extension of time. However, given the number of extensions the Court has already granted, the Court will only grant thirty (30) days at this time.

2