# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL G. VALENCIA,<br><br>  Plaintiff,<br><br>  v.<br><br>WINFRED KOKOR, et al.,<br><br>  Defendants. | Case No. 1:13-cv-01391-LJO-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S REQUEST FOR INJUNCTIVE RELIEF<br><br>(Document 58) |

Plaintiff Daniel G. Valencia ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 30, 2013.

On October 19, 2015, Plaintiff filed a motion requesting that the Court order Defendant Sundaram to return his pain medication. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 28, 2015, the Magistrate Judge issued Findings and Recommendations that the motion be denied. The Findings and Recommendations were served on the parties and contained notice that any objections must be filed within thirty days. No objections have been filed.

///
///
///
///

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 28, 2015, are adopted in full; and

2. Plaintiff's motion for injunctive relief (Document 56) is DENIED.

IT IS SO ORDERED.

Dated:   **December 11, 2015**              **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE

2