# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL G. VALENCIA,<br><br>      Plaintiff,<br><br>   v.<br><br>WINFRED KOKOR,<br><br>      Defendant. | Case No. 1:13-cv-01391 LJO DLB PC<br><br>ORDER REQUIRING DEFENDANT KOKOR TO FILE RESPONSE TO SECOND AMENDED COMPLAINT WITHIN THIRTY DAYS |

      Plaintiff Daniel G. Valencia ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 30, 2013. He filed a Second Amended Complaint on September 25, 2015.

      The Court screened Plaintiff's Second Amended Complaint on December 17, 2015, and found that it states an Eighth Amendment deliberate indifference claim against Defendants Kokor and Sundaram. Defendant Kokor has already appeared in this action, and the United States Marshal has been directed to serve Defendant Sundaram.

///
///
///
///
///

1

Accordingly, the Court ORDERS Defendant Kokor to file a response to the Second Amended Complaint within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **January 14, 2016**             /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE