UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL G. VALENCIA,<br><br>            Plaintiff,<br><br>      v.<br><br>KOKOR, et al.,<br><br>            Defendants. | No.  1:13-cv-01391 LJO DLB PC<br><br>ORDER GRANTING DEFENDANT KOKOR'S MOTION TO COMPEL<br><br>(Document 86) |

Plaintiff Daniel G. Valencia ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983.  The action is proceeding on Plaintiff's Second Amended Complaint for violation of the Eighth Amendment against Defendants Kokor and Sundaram.

Discovery opened as to Defendant Kokor on February 17, 2016.  Pursuant to the Discovery and Scheduling Order, initial disclosures were to be exchanged by April 4, 2016. After the Court granted an extension, exhaustion-based motions are currently due by July 17, 2016.

On June 2, 2016, the Court issued Findings and Recommendations to grant Defendant Sundaram's motion to dismiss with leave to amend.  The Findings and Recommendations are pending.

///

1

On May 12, 2016, Defendant Kokor filed a motion to compel Plaintiff to (1) provide his initial disclosures; and (2) respond to exhaustion-based discovery. Defendant Kokor also asked for the imposition of sanctions in the amount of $382.50. Plaintiff filed a late opposition on June 13, 2016. Defendant filed a reply on June 20, 2016, and withdrew his request to compel exhaustion-based discovery and impose sanctions.[1] The motion is therefore ready for decision pursuant to Local Rule 230(l).

**DISCUSSION**

Pursuant to the Court's February 17, 2016, Discovery and Scheduling Order, the parties were ordered to exchange initial disclosures by April 4, 2016. On April 4, 2016, Defendant Kokor filed a statement with the Court indicating that he provided Plaintiff with his initial disclosures.

Plaintiff, however, has not provided his initial disclosures to Defendant Kokor. Doering Decl. ¶ 2. Plaintiff's opposition does not address his failure.

Accordingly, the Court GRANTS Defendant Kokor's motion to compel. Plaintiff must provide Defendant Kokor with his initial disclosures within twenty-one (21) days of the date of service of this order. <u>Plaintiff's failure to comply with this order will result in the imposition of sanctions.</u>

IT IS SO ORDERED.

Dated: **June 30, 2016**                              /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Kokor has received responses from Plaintiff.

2