UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL G. VALENCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>WINFRED KOKOR, et al.,<br><br>    Defendants. | Case No. 1:13-cv-01391-LJO-MJS (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR SCREENING**<br><br>**(ECF No. 112)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 5, 2015, the Court screened Plaintiff's second amended complaint and determined that it stated cognizable Eighth Amendment claims for inadequate medical care against Defendants Sunduram and Kokor. (ECF No. 55.) Plaintiff was given the option to proceed on these claims alone or to amend again. Plaintiff chose to proceed. (ECF No. 57.) His non-cognizable claims were dismissed. (ECF No. 61.)

Defendant Kokor answered the second amended complaint. (ECF No. 70.) Defendant Sunduram filed a motion to dismiss. (ECF No. 71.) As to the motion to dismiss, the Court concluded that the claims as pled were cognizable, but surmised that Plaintiff could nonetheless allege additional facts in support of his claims. (See ECF Nos. 88, 94.) Accordingly, Defendant Sunduram's motion to dismiss was granted, the complaint was dismissed in its entirety, and Plaintiff again was given leave to amend. (Id.)

Plaintiff filed his third amended complaint on October 18, 2016. On December 16, 2016, the Court screened the third amended complaint and dismissed it because it was not complete in itself. (ECF No. 110.) Plaintiff was given one final opportunity to amend. He filed his fourth amended complaint on January 17, 2017. (ECF No. 111.) Defendants request that the Court screen Plaintiff's fourth amended complaint in accordance with 28 U.S.C. § 1915A.

Defendants' request is HEREBY GRANTED. The Court will screen Plaintiff's fourth amended complaint in due course. Defendants shall respond to Plaintiff's amended complaint within thirty days of the order adopting the Court's screening order, if any claims are found to be cognizable.

IT IS SO ORDERED.

Dated:   January 27, 2017              /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE