| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL G. VALENCIA,<br><br>Plaintiff,<br><br>v.<br><br>WINFRED KOKOR, M.D., et al.,<br><br>Defendants. | Case No. 1:13-cv-01391-LJO-MJS (PC)<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR THE ATTENDANCE OF INCARCERATED WITNESSES**<br><br>**(ECF NO. 120)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds on Plaintiff's fourth amendment complaint against Defendant Kokor and Sunduram for violations of Plaintiff's Eighth Amendment right to adequate medical care.

On May 15, 2017, the Court issued a trial scheduling order, setting trial for February 5, 2019. (ECF No. 119.) Therein, the Court also set a deadline of October 18, **2018** for motions for the attendance of incarcerated witnesses. On September 18, 2017, Plaintiff filed such a motion.

Plaintiff's motion is premature. The matter is in its initial stages. Motions for summary judgment have not been filed or ruled upon. Until such motions, if any, have been resolved, the Court cannot know the final scope of issues to be presented at trial and whether the witnesses in question will be able to present testimony relevant to those issues.

Accordingly, Plaintiff's motion is HEREBY DENIED without prejudice to his refiling same after resolution of any motions for summary judgment or, if no such motions are filed, after the deadline for such filings has passed.

IT IS SO ORDERED.

Dated: October 16, 2017  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE