# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| DANIEL G. VALENCIA, | ) | Case No.: 1:13-cv-01391-LJO-MJS (PC) |
|---|---|---|
| Plaintiff, | ) ) | ORDER FOLLOWING SETTLEMENT; |
| v. | ) ) | VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |
| WINFRED KOKOR, M.D., et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff Daniel G. Valencia is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on August 30, 2013.

On November 17, 2017, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1.    All pending matters and dates in this action are VACATED; and

2.    Dispositional documents shall be filed within fourteen (14) days from the date of service of this order.


IT IS SO ORDERED.

Dated:   **November 17, 2017**

_____
UNITED STATES MAGISTRATE JUDGE