

**FILED**
NOV 20 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL G. VALENCIA,<br><br>　　　Plaintiff,<br><br>v.<br><br>WINFRED KOKOR, M.D., et al.,<br><br>　　　Defendants. | Case No.: 1:13-cv-01391-LJO-MJS (PC)<br><br>ORDER THAT INMATE DANIEL G. VALENCIA IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

A settlement conference in this matter commenced on November 17, 2017. Inmate Daniel G. Valencia, CDCR #H-73555, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: November 17, 2017

_____
UNITED STATES MAGISTRATE JUDGE